**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

WILLIAM C. GARDNER,

        Plaintiff,

v.                                            No. 1:26-cv-1801-SMD-KRS

STATE OF NEW MEXICO, et al.,

        Defendants.

### <u>ORDER GRANTING MOTION TO FILE ELECTRONICALLY</u>

THIS MATTER is before the Court on Plaintiff's Motion for Leave to File Electronically Via CM/ECF And Consent To Electronic Service (Doc. 7), filed July 6, 2026. The Motion states that Plaintiff resides in Chula Vita, California, and that permitting electronic filing and service will promote the timely, reliable, and economical filing of documents, reduce mailing delay and expense, and ensure Plaintiff' prompt receipt of the Court's notices and order.

Finding good cause, the Court grants Plaintiff permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (October 2022) ("[A]pproval to electronically file documents within a case must be granted by the presiding judge for each case in which the pro se litigant wishes to file using their CM/ECF account."). The Court will revoke permission to file electronically if Plaintiff abuses his electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information. This Order only grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a participant. *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised June 2024).

**FOR THE FOREGOING REASONS,** Plaintiff's Motion For Leave To File Electronically, Doc. 7, is **GRANTED.**

**IT IS SO ORDERED** this 21st day of July, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

2